# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| 655 Third Avenue | 1010 Northern Boulevard |
| --- | --- |
| Suite 1821 | Suite 328 |
| New York, NY 10017 | Great Neck, NY 11021 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

July 6, 2016

<u>*Via Electronic Case Filing*</u>
The Honorable Jesse M. Furman
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: <u>*Melanie J. Lazarus (ML 1007)*</u>

Dear Judge Furman:

 We submit this correspondence to advise that Melanie J. Lazarus is no longer employed with our Firm. We respectfully request that you remove her from the docket immediately on *Alvarez v. Pronto Pizza & Grill, Inc., Docket No.: 15-CV-8277(JMF)*.

 Should you have any questions or concerns, please contact the undersigned.

           Respectfully submitted,

           Michael J. Borrelli, Esq. (MB 8533)
           *Managing Member*